Matter of Kane v Board of Elections in the City of N.Y. (2023 NY Slip Op 02477)

Matter of Kane v Board of Elections in the City of N.Y.

2023 NY Slip Op 02477

Decided on May 09, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2023

Before: Kern, J.P., Friedman, Kennedy, Scarpulla, Pitt-Burke, JJ. 

Index No. 451186/23, 451187/23 Appeal No. 331-332 Case No. 2023-02191, 2023-02213 

[*1]In the Matter of Nickie Kane, Petitioner-Appellant, 
v Board of Elections in the City of New York, Respondent-Respondent. In the Matter of Nickie Kane, Petitioner-Appellant,

Nickie Kane, petitioner pro se.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Susan Paulson of counsel), for Board of Elections in the City of New York, respondent.
Daniel R. Bright, New York, for Shahana Hanif, respondent.

Judgments, Supreme Court, New York County (Lucy Billings, J.), entered on or about April 23, 2023, unanimously affirmed for the reasons stated by Lucy Billings, J., without costs or disbursements.
No opinion. Order filed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2023